**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:11-CR-70 |
| | ) | (Phillips/Shirley) |
| **MARIA IGNACIA RAVELO-RODRIGUEZ** | ) | |

**MEMORANDUM AND ORDER**

On March 12, 2012, the Honorable C. Clifford Shirley, United States Magistrate Judge, filed an 49-page Report and Recommendation (R&R) [Doc. 60] in which he recommended that defendant's motion to suppress statements in this case [Doc. 26] be denied. Thus, Judge Shirley recommended that all statements made by defendant on the day of her arrest be admitted at trial.

This matter is presently before the court on defendant's timely objections to the R&R [Doc. 63]. The government has responded [Doc. 66]. The court notes that the defendant has filed a general objection to the "findings of fact and the conclusions of law made by the Magistrate Judge." The defendant has not specifically identified any factual or legal errors in the magistrate judge's thorough 49-page R&R. Nevertheless, as required by 28 U.S.C. § 636(b)(1), the court has undertaken a *de novo* review of those portions of the R&R to which defendant objects.

Having reviewed the record and the briefs of the parties, the court is not persuaded that the magistrate judge erred in his findings. The reasons having been fully articulated by the magistrate judge, the issuance of a detailed opinion by the undersigned would be duplicative and serve no useful purpose.

For the foregoing reasons, as well as the reasons articulated by Magistrate Judge Shirley in his R&R, defendant's objections to the R&R [Doc. 63] are hereby **OVERRULED** in their entirety whereby the R&R [Doc. 60] is **ACCEPTED IN WHOLE.** Accordingly, defendant's motion to suppress statements [Doc. 26] is **DENIED** in its entirety, whereby the court will allow the introduction of the statements made by defendant to officers on the day of her arrest on May 17, 2011, at the trial of this matter, which is presently set for June 19, 2012.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge