# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:11-CR-70 |
| | ) (Phillips/Shirley) |
| MARIA IGNACIA RAVELO-RODRIGUEZ | ) |

## MEMORANDUM AND ORDER

On March 19, 2012, the Honorable C. Clifford Shirley, United States Magistrate Judge, filed an 24-page Report and Recommendation (R&R) [Doc. 62] in which he recommended that defendant's motion to dismiss the indictment in this case [Doc. 42] be denied.

This matter is presently before the court on defendant's timely objections to the R&R [Docs. 64, 67]. In her objections, the defendant states that the magistrate judge's factual findings are substantially correct, but she objects to the conclusions of law made by the magistrate judge. Defendant does not raise any new arguments in her objections that were not considered and rejected by the magistrate judge. As required by 28 U.S.C. § 636(b)(1), the court has now undertaken a *de novo* review of those portions of the R&R to which defendant objects. The court finds itself in agreement with Judge Shirley's thorough analysis of the legal issues arising from defendant's motion to dismiss the indictment.

Having reviewed the record and the briefs of the parties, the court is not persuaded that the magistrate judge erred in his findings.  The reasons having been fully articulated by the magistrate judge, the issuance of a detailed opinion by the undersigned would be duplicative and serve no useful purpose.

For the foregoing reasons, as well as the reasons articulated by Magistrate Judge Shirley in his R&R, defendant's objections to the R&R [Docs. 64, 67] are hereby **OVERRULED** in their entirety whereby the R&R [Doc. 62] is **ACCEPTED IN WHOLE.** Accordingly, defendant's motion to dismiss the indictment in this case [Doc. 42] is **DENIED**.

      **ENTER:**

         s/ Thomas W. Phillips
      United States District Judge